## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
)
)
v. )                    No. 2:04-CR-57-DBH-02
)
GERALD BEAMAN, )
)
DEFENDANT )

## ORDER ON MOTION FOR RELIEF FROM SENTENCE

The defendant's motion for relief from sentence is **DENIED**.  The defendant has shown no way in which the decisions he cites bear upon his Career Offender sentence.

**SO ORDERED.**

**DATED THIS 27TH DAY OF AUGUST, 2013**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**